No. 98–960. COBB v. E. I. DU PONT DE NEMOURS & CO. ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE O'CONNOR took no

1172

part in the consideration or decision of this petition. 